IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAR STEARNS MERCHANT MANAGER III, L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>DEMETER FINANCIAL GROUP, LLC and PAHLMEYER, LLC,<br><br>  Defendants.<br>                                                           / | No. C 09-02669 WHA<br><br>**ORDER RE NOTICE OF APPEARANCE FOR SCOTT ANDREWS** |

The Court has read Pahlmeyer, LLC's notice of appearance for Scott Andrews and sets **JULY 30, 2009** as the deadline to bring any motion to disqualify the undersigned or to disqualify Mr. Andrews by reason of the facts recited therein.

**IT IS SO ORDERED.**

Dated: July 8, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE