United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEAR STEARNS MERCHANT MANAGER
III, L.P.,

    Plaintiff,

  v.

DEMETER FINANCIAL GROUP, LLC,
and PAHLMEYER, LLC,

    Defendants.

No. C 09-02669 WHA

**ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for ninety days to conduct private mediation. All deadlines remain the same. This case was originally filed in the Southern District of New York on October 14, 2008, so the parties have long been litigating this lawsuit prior to its transfer to the Northern District of California on July 2, 2009.

The parties shall have until OCTOBER 15, 2009, to complete private mediation.

**IT IS SO ORDERED.**

Dated: July 28, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE