IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEAR STEARNS MERCHANT MANAGER III, L.P.,

    Plaintiff,

v.

DEMETER FINANCIAL GROUP, LLC, and PAHLMEYER, LLC,

    Defendant.

No. C 09-02669 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties' notice of settlement of the captioned matter. Please note, however, that all deadlines remain active until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: September 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE